**Opinion filed August 21, 2014**



### In The

# Eleventh Court of Appeals

_____

## No. 11-14-00130-CR

_____

### TIMOTHY ERIC ANDRADE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-40,862**

## M E M O R A N D U M   O P I N I O N

Timothy Eric Andrade, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

August 21, 2014                                                                  PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.